UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

---

MTM DEVELOPMENT CORPORATION, and
PRESERVE PROPERTY MANAGEMENT
COMPANY, LLC,

    *Plaintiffs*,

v.

CAVALIER HOMES, INC. d/b/a CLAYTON
TINY HOMES, CAVALIER HOME
BUILDERS, LLC, CMH MANUFACTURING,
INC., and ABC CORPORATIONS 1-5,

    *Defendants.*

CIVIL ACTION NO.:
1:24-cv-00181-WES-PAS

---

### DEFENDANT, CMH MANUFACTURING, INC.'S ANSWER TO PLAINTIFFS' COMPLAINT

Defendant, CMH Manufacturing, Inc. ("CMH"), responds to the plaintiffs' Complaint, as follows:

### Parties

1.    CMH is without sufficient knowledge to either admit or deny the allegations contained in Paragraph 1 of the plaintiffs' Complaint.

2.    CMH is without sufficient knowledge to either admit or deny the allegations contained in Paragraph 2 of the plaintiffs' Complaint.

3.    CMH admits Cavalier Homes, Inc. is a Delaware corporation. CMH denies the remaining allegations contained in Paragraph 3 of the plaintiffs' Complaint.

4.    CMH admits the allegations contained in Paragraph 4 of the plaintiffs' Complaint.

5.    CMH admits the allegations contained in Paragraph 5 of the plaintiffs' Complaint.

6.    CMH is without sufficient knowledge to either admit or deny the allegations in the first sentence of Paragraph 6 of the plaintiff's Complaint. The second sentence of Paragraph 6 of

103708930

the plaintiff's Complaint is a statement regarding plaintiff's knowledge, to which no response is required. To the extent a response is required, Cavalier denies the allegations in the second sentence of Paragraph 6 of the plaintiff's Complaint.

7. CMH is without sufficient knowledge to either admit or deny the allegations in the first sentence of Paragraph 7 of the plaintiff's Complaint. The second sentence of Paragraph 7 of the plaintiff's Complaint is a statement regarding plaintiff's knowledge, to which no response is required. To the extent a response is required, CMH denies the allegations in the second sentence of Paragraph 7 of the plaintiff's Complaint.

8. Paragraph 8 of the plaintiff's Complaint is, by its own terms, a placeholder, to which no response is required. To the extent a response is required, the allegations in Paragraph No. 8 of the plaintiff's Complaint are denied.

## Jurisdiction and Venue

9. The allegations of Paragraph 9 of the plaintiffs' Complaint can neither be admitted nor denied as they state conclusions of law rather than factual assertions.

10. The allegations of Paragraph 10 of the plaintiffs' Complaint can be neither admitted nor denied as they state conclusions of law rather than factual allegations.

11. The allegations of Paragraph 11 of the plaintiffs' Complaint can be neither admitted nor denied as they state conclusions of law rather than factual allegations.

## Facts

12. Denied.

13. Denied.

14. CMH is without sufficient knowledge to either admit or deny the allegations contained in Paragraph 14 of the plaintiffs' Complaint.

15. CMH is without sufficient knowledge to either admit or deny the allegations contained in Paragraph 15 of the plaintiffs' Complaint.

16. CMH is without sufficient knowledge to either admit or deny the allegations contained in Paragraph 16 of the plaintiffs' Complaint.

17. CMH is without sufficient knowledge to either admit or deny the allegations contained in Paragraph 17 of the plaintiffs' Complaint.

18. Denied.

19. CMH is without sufficient knowledge to either admit or deny the allegations contained in Paragraph 19 of the plaintiffs' Complaint.

20. CMH is without sufficient knowledge to either admit or deny the allegations contained in Paragraph 20 of the plaintiffs' Complaint.

21. CMH is without sufficient knowledge to either admit or deny the allegations contained in Paragraph 21 of the plaintiffs' Complaint.

22. CMH is without sufficient knowledge to either admit or deny the allegations contained in Paragraph 22 of the plaintiffs' Complaint.

23. CMH is without sufficient knowledge to either admit or deny the allegations contained in Paragraph 23 of the plaintiffs' Complaint.

24. CMH is without sufficient knowledge to either admit or deny the allegations contained in Paragraph 24 of the plaintiffs' Complaint.

25. CMH is without sufficient knowledge to either admit or deny the allegations contained in Paragraph 25 of the plaintiffs' Complaint.

26. Denied.

27. Denied.

28. CMH is without sufficient knowledge to either admit or deny the allegations contained in Paragraph 28 of the plaintiffs' Complaint.

29. CMH is without sufficient knowledge to either admit or deny the allegations contained in Paragraph 29 of the plaintiffs' Complaint.

30. CMH is without sufficient knowledge to either admit or deny the allegations contained in Paragraph 30 of the plaintiffs' Complaint.

31. Denied.

32. Denied.

33. Denied as to CMH. CMH is without sufficient knowledge to either admit or deny the remaining allegations contained in Paragraph 33 of the plaintiffs' Complaint.

34. Denied as to CMH. CMH is without sufficient knowledge to either admit or deny the remaining allegations contained in Paragraph 34 of the plaintiffs' Complaint.

35. Denied as to CMH. CMH is without sufficient knowledge to either admit or deny the remaining allegations contained in Paragraph 35 of the plaintiffs' Complaint.

36. Denied as to CMH. CMH is without sufficient knowledge to either admit or deny the remaining allegations contained in Paragraph 36 of the plaintiffs' Complaint.

37. Denied as to CMH. CMH is without sufficient knowledge to either admit or deny the remaining allegations contained in Paragraph 37 of the plaintiffs' Complaint.

38. Denied as to CMH. CMH is without sufficient knowledge to either admit or deny the remaining allegations contained in Paragraph 38 of the plaintiffs' Complaint.

39. Denied as to CMH. CMH is without sufficient knowledge to either admit or deny the remaining allegations contained in Paragraph 39 of the plaintiffs' Complaint.

40. CMH is without sufficient knowledge to either admit or deny the allegations contained in Paragraph 40 of the plaintiffs' Complaint.

103708930

41. CMH is without sufficient knowledge to either admit or deny the allegations contained in Paragraph 41 of the plaintiffs' Complaint.

42. CMH is without sufficient knowledge to either admit or deny the allegations contained in Paragraph 42 of the plaintiffs' Complaint.

43. CMH is without sufficient knowledge to either admit or deny the allegations contained in Paragraph 43 of the plaintiffs' Complaint.

44. CMH is without sufficient knowledge to either admit or deny the allegations contained in Paragraph 44 of the plaintiffs' Complaint.

45. CMH is without sufficient knowledge to either admit or deny the allegations contained in Paragraph 45 of the plaintiffs' Complaint.

46. CMH is without sufficient knowledge to either admit or deny the allegations contained in Paragraph 46 of the plaintiffs' Complaint.

47. Denied as to CMH. CMH is without sufficient knowledge to either admit or deny the remaining allegations contained in Paragraph 47 of the plaintiffs' Complaint.

48. CMH is without sufficient knowledge to either admit or deny the allegations contained in Paragraph 48 of the plaintiffs' Complaint.

49. CMH is without sufficient knowledge to either admit or deny the allegations contained in Paragraph 49 of the plaintiffs' Complaint.

50. Denied as to CMH. CMH is without sufficient knowledge to either admit or deny the remaining allegations contained in Paragraph 51 of the plaintiffs' Complaint.

51. CMH is without sufficient knowledge to either admit or deny the allegations contained in Paragraph 51 of the plaintiffs' Complaint.

52. CMH is without sufficient knowledge to either admit or deny the allegations contained in Paragraph 52 of the plaintiffs' Complaint.

103708930

53. CMH is without sufficient knowledge to either admit or deny the allegations contained in Paragraph 53 of the plaintiffs' Complaint.

54. Denied.

55. Denied.

56. Denied.

## COUNT I
## BREACH OF EXPRESS WARRANTY
## COMMON LAW AND § 6A-2-313 (4th AND 5th UNITS)

57. CMH repeats and restates its Answers to Paragraph Nos. 1 through 56 of this Answer as if fully set forth herein.

58. Denied.

59. Denied.

60. Denied.

61. Denied.

62. Denied.

63. The allegations of Paragraph 63 of the plaintiffs' Complaint can be neither admitted nor denied as they state conclusions of law rather than factual allegations. To the extent a response is required, CMH denies the allegations in Paragraph 64 of the plaintiffs' Complaint.

64. The allegations of Paragraph 64 of the plaintiffs' Complaint can be neither admitted nor denied as they state conclusions of law rather than factual allegations. To the extent a response is required, CMH denies the allegations in Paragraph 64 of the plaintiffs' Complaint.

65. The allegations of Paragraph 65 of the plaintiffs' Complaint can be neither admitted nor denied as they state conclusions of law rather than factual allegations. To the extent a response is required, CMH denies the allegations in Paragraph 65 of the plaintiffs' Complaint.

66. CMH is without sufficient knowledge to either admit or deny the allegations contained in Paragraph 66 of the plaintiffs' Complaint.

67. CMH is without sufficient knowledge to either admit or deny the allegations contained in Paragraph 67 of the plaintiffs' Complaint.

68. CMH is without sufficient knowledge to either admit or deny the allegations contained in Paragraph 68 of the plaintiffs' Complaint.

69. Denied.

70. Denied.

## COUNT II
## BREACH OF IMPLIED WARRANTY
## COMMON LAW AND § 6A-2-314 (4th AND 5th UNITS)

71. CMH repeats and restates its Answers to Paragraph Nos. 1 through 70 of this Answer as if fully set forth herein.

72. The allegations of Paragraph 72 of the plaintiffs' Complaint can be neither admitted nor denied as they state conclusions of law rather than factual allegations. To the extent a response is required, CMH denies the allegations in Paragraph 72 of the plaintiffs' Complaint.

73. The allegations of Paragraph 73 of the plaintiffs' Complaint can be neither admitted nor denied as they state conclusions of law rather than factual allegations. To the extent a response is required, CMH denies the allegations in Paragraph 73 of the plaintiffs' Complaint.

74. The allegations of Paragraph 74 of the plaintiffs' Complaint can be neither admitted nor denied as they state conclusions of law rather than factual allegations. To the extent a response is required, CMH denies the allegations in Paragraph 74 of the plaintiffs' Complaint.

75. The allegations of Paragraph 75 of the plaintiffs' Complaint can be neither admitted nor denied as they state conclusions of law rather than factual allegations. To the extent a response is required, CMH denies the allegations in Paragraph 75 of the plaintiffs' Complaint.

76. CMH is without sufficient knowledge to either admit or deny the allegations contained in Paragraph 76 of the plaintiffs' Complaint.

77. The allegations of Paragraph 77 of the plaintiffs' Complaint can be neither admitted nor denied as they state conclusions of law rather than factual allegations. To the extent a response is required, CMH denies the allegations in Paragraph 77 of the plaintiffs' Complaint.

78. The allegations of Paragraph 78 of the plaintiffs' Complaint can be neither admitted nor denied as they state conclusions of law rather than factual allegations. To the extent a response is required, CMH denies the allegations in Paragraph 78 of the plaintiffs' Complaint.

79. Denied.

80. Denied.

**COUNT III**
**BREACH OF WARRANTY – FITNESS FOR A PARTICULAR PURPOSE**
**COMMON LAW AND § 6A-2-315 (ALL UNITS)**

81. CMH repeats and restates its Answers to Paragraph Nos. 1 through 80 of this Answer as if fully set forth herein.

82. CMH is without sufficient knowledge to either admit or deny the allegations contained in Paragraph 82 of the plaintiffs' Complaint.

83. Denied.

84. Denied.

85. Denied.

86. Denied.

87. Denied.

88. Denied.

89. Denied.

90. Denied.

91. Denied.

92. Denied.

93. Denied.

94. Denied.

## COUNT IV
## BREACH OF WARRANTY
## (ALL UNITS – Latent Defects)

95. CMH repeats and restates its Answers to Paragraph Nos. 1 through 94 of this Answer as if fully set forth herein.

96. CMH is without sufficient knowledge to either admit or deny the allegations contained in Paragraph 96 of the plaintiffs' Complaint.

97. CMH is without sufficient knowledge to either admit or deny the allegations contained in Paragraph 97 of the plaintiffs' Complaint.

98. Denied.

99. Denied.

100. Denied.

## COUNT V
## BREACH OF THE DUTY OF GOOD FAITH § 6A-1-304

101. CMH repeats and restates its Answers to Paragraph Nos. 1 through 101 of this Answer as if fully set forth herein.

102. The allegations of Paragraph 102 of the plaintiffs' Complaint can be neither admitted nor denied as they state conclusions of law rather than factual allegations.

103. Denied.

104. Denied.

105. Denied.

103708930

106. Denied.

## COUNT VI
## BREACH OF CONTRACT
## (4th AND 5th UNITS)

107. CMH repeats and restates its Answers to Paragraph Nos. 1 through 106 of this Answer as if fully set forth herein.

108. Denied.

109. Denied.

110. Denied.

111. Denied.

112. Denied.

113. Denied.

114. Denied.

## COUNT VII
## BREACH OF CONTRACT

115. CMH repeats and restates its Answers to Paragraph Nos. 1 through 114 of this Answer as if fully set forth herein.

116. Denied.

117. Denied.

118. Denied.

119. Denied.

120. Denied.

121. Denied.

103708930

## COUNT VIII
## PROMISSORY ESTOPPEL
## (4th AND 5th UNITS)

122. CMH repeats and restates its Answers to Paragraph Nos. 1 through 121 of this Answer as if fully set forth herein.

123. Denied.

124. Denied.

125. Denied.

126. Denied.

127. Denied.

128. Denied.

129. Denied.

## FIRST AFFIRMATIVE DEFENSE

The Complaint fails to state claims upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE

One or more of Plaintiffs' claims may be barred by the applicable statute of limitations or statute of repose.

## THIRD AFFIRMATIVE DEFENSE

If Plaintiffs suffered damages as alleged, which is denied, such injury or damage resulted from acts or omissions of persons or entities for which CMH is neither liable nor responsible or resulted from causes that are not related or connected with any product sold, distributed, or manufactured by CMH. Such acts or omissions on the part of others constitute an independent, intervening and sole proximate cause of Plaintiffs' alleged damages.

## FOURTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred, in whole or in part, because Plaintiffs' damages, if any, were the result of conduct of Plaintiffs, independent third parties, and/or events that were extraordinary under the circumstances, not foreseeable in the normal course of events.

## FIFTH AFFIRMATIVE DEFENSE

Plaintiffs' damages, if any, may be limited or disclaimed by warranty.

## SIXTH AFFIRMATIVE DEFENSE

Plaintiffs' damages, if any, may have been caused, in whole or in part, by the abuse, misuse, alteration and/or modification of the product in a way which was not intended and was not reasonably foreseeable.

## SEVENTH AFFIRMATIVE DEFENSE

At the time of sale, the product, if any, sold by CMH complied in material respects with relevant standards, conditions, or specifications adopted or approved by a federal or state law or agency, and was not defective.

## EIGHTH AFFIRMATIVE DEFENSE

Plaintiffs were a sophisticated user of the product, and knew or should have known of the characteristics, warnings, instructions, and risks of the product, and Plaintiffs' damages, if any, resulted from their own failure to exercise appropriate care under circumstances known to them through training and experience.

## NINTH AFFIRMATIVE DEFENSE

Any alleged negligent or culpable conduct of CMH, none being admitted, was so insubstantial as to be insufficient to be a proximate or substantial contributing cause of Plaintiffs' alleged damages.

103708930

### TENTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred, in whole or in part, because the products at issue were designed, manufactured, marketed and labeled with proper warnings, information, cautions and instructions, in accordance with the state of the art and the state of scientific and technological knowledge.

### ELEVENTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred, in whole or in part, because the products at issue were not defective or unreasonably dangerous in that they complied with, at all relevant times, all applicable government standards.

### TWELFTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred because the acts, conduct and omissions of Plaintiffs actually and proximately caused any damages alleged in the Complaint, which damages are herein denied, and CMH has no liability to Plaintiffs; or, in the alternative, CMH is only liable, if at all, in an amount equal to its proportionate fault, if any, based on Plaintiffs' comparative negligence.

### THIRTEENTH AFFIRMATIVE DEFENSE

Plaintiffs failed to mitigate their damages, if any.

### FOURTEENTH AFFIRMATIVE DEFENSE

Plaintiffs' claims may be barred by equitable doctrines, including waiver, estoppel, and/or laches.

### FIFTEENTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred by the economic loss doctrine.

103708930

## SIXTEENTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred as the product involved in this action was changed in substance and form after it left the control of CMH by one for whose conduct CMH is not responsible, and such changes were the actual cause of plaintiffs' damages.

## SEVENTEENTH AFFIRMATIVE DEFENSE

Plaintiffs failed to give due notice to CMH of the alleged breach of warranty as required by law and CMH was prejudiced thereby, wherefore plaintiffs cannot recover.

## EIGHTEENTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are subject to an arbitration agreement.

## NINTEENTH AFFIRMATIVE DEFENSE

CMH cannot be held liable as the damages claimed by the plaintiffs were the result of supervening and intervening causes unrelated to the conduct and/or actions of CMH.

## TWENTIETH AFFIRMATIVE DEFENSE

By way of affirmative defense, CMH states that any demand for pre-judgment interest is unconstitutional.

## TWENTY FIRST AFFIRMATIVE DEFENSE

This court does not have general or specific personal jurisdiction over CMH.

WHEREFORE, the defendant, CMH Manufacturing, Inc., respectfully requests that this Honorable Court enter judgment dismissing the plaintiffs' Complaint and awarding the defendant its costs, together with such further relief as the Court deems just and proper.

103708930

Respectfully Submitted,
**DEFENDANT,**
**CMH Manufacturing, Inc.**

By its Attorneys,

**MORRISON MAHONEY LLP**

*/s/ James C. Bass*

James C. Bass, Esquire (#10061)
10 Weybosset Street, Suite 900
Providence, RI  02903-7141
Tel.:  (401) 331-4673
Fax:  (401) 351-4420
*jbass@morrisonmahoney.com*

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF System will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants as listed below this 2nd day of August, 2024.

*/s/ James C. Bass*

James C. Bass, Esquire (#10061)

103708930